**ADAMS v. LOVETTE**

[332 N.C. 659 (1992)]

MICHAEL WAYNE ADAMS v. JOSEPH SCOTT LOVETTE

No. 52A92

(Filed 19 November 1992)

Appeal by the plaintiff pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 105 N.C. App. 23, 411 S.E.2d 620 (1992), affirming orders entered 23 February 1990 by Johnson (E. Lynn), J., and 2 November 1990, by Weeks, J., in the Superior Court, Cumberland County. Heard in the Supreme Court on 5 October 1992.

*Rand, Finch & Gregory, P.A., by Thomas Henry Finch, Jr., for the plaintiff-appellant.*

*Singleton, Murray, Craven & Inman, by Rudolph G. Singleton, Jr., for the defendant-appellee.*

PER CURIAM.

Affirmed.